IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03327-KLM

MISTY D. WIGNALL,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

# FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kristen L. Mix on March 31, 2016, incorporated herein by reference, it is

ORDERED that the decision of the Commissioner that Plaintiff is not disabled is REVERSED and this matter is REMANDED for further proceedings.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff Misty D. Wignall and against Defendant Carolyn W. Colvin, Commissioner of Social Security.  It is

FURTHER ORDERED that Plaintiff Misty D. Wignall is awarded her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1), D.C.COLO.LCivR 54.1, and 28 U.S.C. § 2412(a)(1).

DATED at Denver, Colorado this 31st day of March, 2016.

          FOR THE COURT:

          JEFFREY P. COLWELL, CLERK

          By: s/M. Ortiz
          M. Ortiz, Deputy Clerk